| AO 10* Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2014** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial) ROSS, ALLYNE R. | **2. Court or Organization** U.S.D.C., EDNY | **3. Date of Report** 08/07/2015 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | **5a. Report Type** (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final **5b.** ☑ Amended Report | **6. Reporting Period** 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT, EDNY
225 CADMAN PLAZA EAST
ROOM 915 SOUTH
BROOKLYN, NY 11201

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1-12/31 | Trustee of WisdomTree Trust |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. -Life Insurance Policy Issued by Northwestern Mutual | | None | J | W | | | | | |
| 3. IRA #1(reflects Int/Div income on this line) | E | Int./Div. | P1 | T | | | | | |
| 4. -(reflects Capital Gains Distribution on this line) | A | Distribution | | | | | | | |
| 5. -Cisco Systems | | | | | | | | | |
| 6. -Transamerica Short-Term Bond Fund | | | | | | | | | |
| 7. -General Electric | | | | | Sold (part) | 7/29/14 | J | | |
| 8. -American Express | | | | | | | | | |
| 9. -Citigroup | | | | | | | | | |
| 10. -Intel | | | | | | | | | |
| 11. -Viacom | | | | | | | | | |
| 12. -ishares Short Treas. Bond Fund | | | | | Sold | 09/02/14 | J | | |
| 13. -Powershares ETF Final PGFD Portofolio | | | | | | | | | |
| 14. -Enterprise Prods Partners | | | | | | | | | |
| 15. -Facebook | | | | | Buy | 05/27/14 | K | | |
| 16. -Facebook | | | | | Buy (add'l) | 05/29/14 | J | | |
| 17. -Putnam Premier Income Trust | | | | | Sold | 06/24/14 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -BlackRock Global Energy & Resources Trust | | | | | | | | | |
| 19. -BlackRock Health Sciences Trust | | | | | Buy | 04/25/14 | J | | |
| 20. -BlackRock Health Sciences Trust | | | | | Buy (add'l) | 04/28/14 | K | | |
| 21. -Clearbridge Energy MLP | | | | | Buy | 03/26/14 | K | | |
| 22. -Fiduciary/Claymore MLP | | | | | Buy | 09/13/13 | K | | See Part VIII |
| 23. -Tekla Healthcare | | | | | Buy | 09/02/14 | K | | |
| 24. -Eaton Vance Limited Duration Fund | | | | | Sold | 09/02/14 | J | | |
| 25. -Dow Chemical | | | | | | | | | |
| 26. -Conoco Phillips | | | | | Sold | 11/13/14 | K | | |
| 27. -Cohen & Steers Infrastructure Fund | | | | | | | | | |
| 28. -Kayne Anderson Energy Dev. Co | | | | | | | | | |
| 29. -Bank of America | | | | | | | | | |
| 30. -Bank of NY Mellon | | | | | Buy | 12/18/14 | K | | |
| 31. -Bristol Myers Squibb | | | | | Buy | 06/24/14 | K | | |
| 32. -Bristol Myers Squibb | | | | | Buy (add'l) | 07/23/14 | K | | |
| 33. -Colgate Palmolive | | | | | Buy | 12/26/14 | K | | |
| 34. -Freeport McMoran Copper & Gold | | | | | Sold | 03/26/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CVS | | | | | Buy | 07/10/14 | K | | |
| 36. -HCP | | | | | Buy | 11/18/14 | K | | |
| 37. -Hospitality PPTYS | | | | | Buy | 07/24/13 | K | | See Part VIII |
| 38. -Kinder Morgan | | | | | Buy | 10/17/14 | K | | |
| 39. -Kinder Morgan | | | | | Buy (add'l) | 11/21/14 | J | | |
| 40. -Procter & Gamble | | | | | Buy | 02/05/14 | K | | |
| 41. -AT &T | | | | | Sold | 02/26/14 | K | | |
| 42. -AT&T | | | | | Buy | 03/19/14 | K | | |
| 43. -AT&T | | | | | Buy (add'l) | 07/07/14 | J | | |
| 44. -Softbank | | | | | Buy | 09/16/14 | K | | |
| 45. -Stratasys | | | | | Buy | 02/24/14 | K | | |
| 46. -Deutsche Bank | | | | | Buy | 06/24/14 | K | | |
| 47. -Medical Properties Tr. | | | | | | | | | |
| 48. -Pepsico | | | | | | | | | |
| 49. -Vale SA | | | | | Sold | 12/17/14 | K | | |
| 50. -Mazor Robotics | | | | | Sold | 09/25/14 | J | | |
| 51. -Pfizer Inc. | | | | | Buy (add'l) | 06/30/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Unilever | | | | | Sold | 09/29/14 | K | | |
| 53. -Vanguard European MSCI ETF | | | | | Sold | 6/24/14 | J | | |
| 54. -Walgreen | | | | | Sold | 07/10/14 | K | | |
| 55. -Walgreen Boots Alliance | | | | | Buy | 08/06/14 | K | | |
| 56. -Williams Partners | | | | | | | | | |
| 57. -Weyerhauser | | | | | Sold | 03/25/14 | K | | |
| 58. -Cummins Inc. | | | | | Sold | 05/05/14 | K | | |
| 59. -Dupont | | | | | Sold | 06/30/14 | K | | |
| 60. -Eaton Corp. | | | | | Sold | 05/02/14 | K | | |
| 61. -NY CMNTY CAPITAL Trust | | | | | | | | | |
| 62. -Linn Energy | | | | | Sold | 10/09/14 | K | | |
| 63. -3D Systems Corp | | | | | Sold | 02/24/14 | K | | |
| 64. -American International Group | | | | | Sold | 07/28/14 | K | | |
| 65. -Pioneer MLTF AST ULT SHT FUND | | | | | Sold | 11/13/14 | J | | |
| 66. -Apple | | | | | | | | | |
| 67. -BCE Inc. | | | | | Sold | 06/24/14 | K | | |
| 68. -Blackstone Group | | | | | Sold | 05/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #2 | C | Int./Div. | L | T | | | | | |
| 70. -Dominion Resources | | | | | | | | | |
| 71. -Johnson & Johnson | | | | | | | | | |
| 72. -Citibank Account | | | | | | | | | |
| 73. -Keycorp Preferred | | | | | | | | | |
| 74. -Morgan Stanley Capital Tr. | | | | | | | | | |
| 75. -Annaly Capital Mgt. | | | | | | | | | |
| 76. -Kayne Anderson Energy | | | | | | | | | |
| 77. -Cohen & Steers Infrastructure Fund | | | | | | | | | |
| 78. -Power Shares | | | | | | | | | |
| 79. -Brisol Myers Squibb | | | | | | | | | |
| 80. -Caterpillar | | | | | | | | | |
| 81. -Spyglass Resources | | | | | | | | | |
| 82. -Freeport McMoran Copper & Gold | | | | | | | | | |
| 83. -Merck | | | | | | | | | |
| 84. -Clorox | | | | | | Buy | 06/05/14 | J | | |
| 85. -Colgate Palmolive | | | | | | Buy | 06/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Teva Pharmaceuticals | | | | | Buy | 10/26/14 | J | | See Part VIII |
| 87.  IRA #3 | E | Dividend | P1 | U | | | | | |
| 88.  -Spartan Small Cap Index Fund | | | | | Buy | 01/31/14 | N | | |
| 89.  -Spartan Extended Market Index Fund | | | | | Buy | 01/31/14 | N | | |
| 90.  -Spartan Extended Market Index Fund | | | | | Buy (add'l) | 02/28/14 | M | | |
| 91.  -Spartan Small Cap Index Fund | | | | | Buy (add'l) | 02/28/14 | L | | |
| 92.  Citibank Accounts | A | Interest | L | T | | | | | |
| 93.  S&P Variable Participation Note | | None | N | T | | | | | |
| 94.  Vanguard Ltd-Term Tax-Exempt Fund | D | Dividend | N | U | | | | | |
| 95.  Vanguard Emerging Markets Index Fund | D | Dividend | N | U | | | | | |
| 96.  Vanguard Mid-Cap Index Fund | E | Dividend | P1 | U | | | | | |
| 97.  Vanguard High-Yield Tax-Exempt Fund | E | Dividend | N | U | Redeemed (part) | 12/17/14 | M | A | |
| 98.  Vanguard European Stock Index Fund | B | Dividend | N | U | Buy (add'l) | 01/15/14 | K | | |
| 99.  Vanguard Global Real Estate Fund | B | Dividend | L | U | Buy | 07/14/14 | L | | |
| 100. Vanguard Global Real Estate Fund | | | | | Buy (add'l) | 11/20/14 | J | | |
| 101. Target | A | Dividend | K | T | Buy | 01/10/14 | K | | |
| 102. General American Investors | E | Dividend | M | T | Buy (add'l) | 07/09/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. General American Investors | | | | | Buy (add'l) | 12/22/14 | J | | |
| 104. Dedge & Cox Global Stock Fund | | None | M | U | Buy | 12/19/14 | M | | |
| 105. WFG-WPX Partners LLC | G | Distribution | N | W | | | | | |
| 106. WisdomTree Commodity Country ETF | C | Dividend | L | T | | | | | |
| 107. Wisdom Tree Managed Futures ETF | | None | L | T | | | | | |
| 108. Columbia Acorn Fund | | None | | | Redeemed | 01/31/14 | O | G | |
| 109. JP Morgan Midcap Value Fund | | None | | | Redeemed | 01/31/14 | M | E | |
| 110. Telecom Italia | | None | J | T | Buy | 12/04/14 | J | | |
| 111. Turkiye Guarantee Bank | A | Dividend | J | T | Buy | 04/02/14 | J | | |
| 112. Turkiye Guarantee Bank | | | | | Buy (add'l) | 07/18/14 | J | | |
| 113. Turkiye Guarantee Bank | | | | | Buy (add'l) | 07/21/14 | J | | |
| 114. Tyco Intl | | None | J | T | Buy | 10/09/14 | J | | |
| 115. Tyco Intl | | | | | Buy (add'l) | 10/10/14 | J | | |
| 116. Union Pacific | A | Dividend | J | T | Buy | 01/14/14 | J | | |
| 117. Cerner | | None | K | T | | | | | |
| 118. Kimberly Clark | A | Dividend | J | T | Sold (part) | 09/9/14 | J | A | |
| 119. Kimberly Clark | | | | | Sold (part) | 09/10/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Kimberly Clark | | | | | Sold | 09/11/14 | J | A | |
| 121. American Tower Corp.REIT | A | Dividend | K | T | Buy (add'l) | 05/09/14 | J | | |
| 122. Facebook | | None | K | T | Buy | 10/01/14 | J | | |
| 123. Facebook | | | | | Buy (add'l) | 10/10/14 | J | | |
| 124. Facebook | | | | | Buy (add'l) | 10/15/14 | J | | |
| 125. Facebook | | | | | Buy (add'l) | 10/29/14 | J | | |
| 126. Facebook | | | | | Buy (add'l) | 11/02/14 | J | | |
| 127. Facebook | | | | | Buy (add'l) | 12/01/14 | J | | |
| 128. Industrial & Commerical Bank China | | None | J | T | Buy | 07/23/14 | J | | |
| 129. Industrial & Commercial Bank China | | | | | Buy (add'l) | 07/29/14 | J | | |
| 130. Industrial & Commercial Bank China | | | | | Buy (add'l) | 11/24/14 | J | | |
| 131. ARM Holdings | A | Dividend | J | T | Sold (part) | 12/19/14 | K | | |
| 132. Intesa San Paolo | | None | J | T | Buy | 11/05/14 | J | | |
| 133. Intesa San Paolo | | | | | Buy (add'l) | 11/24/14 | J | | |
| 134. Astrazeneca | A | Dividend | J | T | Buy (add'l) | 01/10/14 | J | | |
| 135. Astrazeneca | | | | | Sold (part) | 06/18/14 | J | A | |
| 136. Astrazeneca | | | | | Buy (add'l) | 10/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Astrazeneca | | | | | Buy (add'l) | 11/04/14 | J | | |
| 138. AthenaHealth | | None | K | T | Buy (add'l) | 01/16/14 | J | | |
| 139. AthenaHealth | | | | | Sold (part) | 02/11/14 | J | A | |
| 140. AthenaHealth | | | | | Sold (part) | 02/13/14 | J | A | |
| 141. AthenaHealth | | | | | Sold (part) | 02/21/14 | J | A | |
| 142. AthenaHealth | | | | | Buy (add'l) | 04/04/14 | J | | |
| 143. AthenaHealth | | | | | Buy (add'l) | 04/17/14 | J | | |
| 144. AthenaHealth | | | | | Buy (add'l) | 05/01/14 | J | | |
| 145. AthenaHealth | | | | | Buy (add'l) | 07/18/14 | J | | |
| 146. AthenaHealth | | | | | Buy (add'l) | 11/07/14 | J | | |
| 147. AthenaHealth | | | | | Buy (add'l) | 11/21/14 | J | | |
| 148. AthenaHealth | | | | | Buy (add'l) | 12/19/14 | J | | |
| 149. Biomarin Pharmaceutical | | None | K | T | | | | | |
| 150. Alexion Pharmaceuticals | | None | K | T | Buy | 11/05/14 | J | | |
| 151. Alexion Pharmaceuticals | | | | | Buy (add'l) | 11/14/14 | J | | |
| 152. Alexion Pharmaceuticals | | | | | Buy (add'l) | 11/21/14 | J | | |
| 153. Alexicon Pharmaceuticals | | | | | Buy (add'l) | 12/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Alexion Pharmaceuticals | | | | | Buy (add'l) | 12/12/14 | J | | |
| 155. Alexion Pharmaceuticals | | | | | Buy (add'l) | 12/17/14 | J | | |
| 156. Alexion Pharmaceuticals | | | | | Buy (add'l) | 12/23/14 | J | | |
| 157. Celgene Corp. | | None | K | T | Buy (add'l) | 01/30/14 | J | | |
| 158. E ON | | None | | | Buy | 12/17/14 | J | | |
| 159. Marathon Oil | A | Dividend | J | T | | | | | |
| 160. Marathon Petroleum | A | Dividend | J | T | | | | | |
| 161. Lockheed Martin | A | Dividend | J | T | Buy | 01/14/14 | J | | |
| 162. Kroger | A | Dividend | J | T | Buy | 10/09/14 | J | | |
| 163. Kroger | | | | | Buy (add'l) | 10/10/14 | J | | |
| 164. Morgan Stanley | A | Dividend | K | T | Buy | 01/21/14 | J | | |
| 165. Morgan Stanley | | | | | Buy (add'l) | 08/22/14 | J | | |
| 166. Morgan Stanley | | | | | Buy (add'l) | 09/18/14 | J | | |
| 167. Raytheon | A | Dividend | K | T | | | | | |
| 168. Publicis Group | A | Dividend | J | T | Buy | 12/04/14 | J | | |
| 169. Allergan | A | Dividend | K | T | Buy (add'l) | 08/12/14 | J | | |
| 170. Citigroup | A | Dividend | J | T | Buy (add'l) | 08/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Citigroup | | | | | Buy (add'l) | 10/08/14 | J | | |
| 172. Infosys | A | Dividend | J | T | Buy | 08/22/14 | J | | |
| 173. Companhia Energetica de Minas Gerais | | None | | | Sold (part) | 03/21/14 | J | | |
| 174. Companhia Energetica de Minas Gerais | | | | | Sold | 06/04/14 | J | | |
| 175. Norsk Hydro | A | Dividend | J | T | Buy | 04/23/14 | J | | |
| 176. Norsk Hydro | | | | | Buy (add'l) | 05/08/14 | J | | |
| 177. Ryanair | | None | J | T | Buy | 02/28/14 | J | | |
| 178. Ryanair | | | | | Buy (add'l) | 03/03/14 | J | | |
| 179. Ryanair | | | | | Buy (add'l) | 03/31/14 | J | | |
| 180. Wolseley | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 181. Wolseley | | | | | Buy (add'l) | 03/21/14 | J | | |
| 182. Wolseley | | | | | Buy (add'l) | 04/23/14 | J | | |
| 183. Wolseley | | | | | Buy (add'l) | 12/03/14 | J | | |
| 184. Dri-Quip | | None | | | Sold (part) | 11/10/14 | J | | |
| 185. Dri-Quip | | | | | Sold (part) | 11/18/14 | J | | |
| 186. Dri-Quip | | | | | Sold (part) | 11/20/14 | J | | |
| 187. Dri-Quip | | | | | Sold (part) | 12/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Dri-Quip | | | | | Sold | 12/10/14 | | | |
| 189. Zurich Insurance | | None | J | T | Buy | 05/16/14 | J | | |
| 190. Zurich Insurance | | | | | Buy (add'l) | 05/21/14 | J | | |
| 191. Zurich Insurance | | | | | Buy (add'l) | 05/28/14 | J | | |
| 192. Dow Chemical | A | Dividend | J | T | | | | | |
| 193. Duke Energy | A | Dividend | J | T | | | | | |
| 194. Costco Wholesale | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 195. CME Group | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 196. Chipotle | | None | K | T | Buy | 04/15/14 | J | | |
| 197. Chipotle | | | | | Buy (add'l) | 04/21/14 | J | | |
| 198. Chipotle | | | | | Buy (add'l) | 04/22/14 | J | | |
| 199. Chipotle | | | | | Buy (add'l) | 05/01/14 | J | | |
| 200. Chipotle | | | | | Buy (add'l) | 05/02/14 | J | | |
| 201. Chipotle | | | | | Buy (add'l) | 05/07/14 | J | | |
| 202. Chipotle | | | | | Buy (add'l) | 05/15/14 | J | | |
| 203. Chipotle | | | | | Buy (add'l) | 10/21/14 | J | | |
| 204. Chipotle | | | | | Buy (add'l) | 11/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Electricite de France | A | Dividend | J | T | Sold (part) | 01/23/14 | J | | |
| 206. Electricite de France | | | | | Sold (part) | 05/30/14 | J | A | |
| 207. Electricite de France | | | | | Sold (part) | 12/04/14 | J | A | |
| 208. Electricite de France | | | | | Sold (part) | 12/17/14 | J | | |
| 209. Electricite de France | | | | | Sold | 12/18/14 | J | | |
| 210. ICICI Bank Ltd. | | None | | | Sold (part) | 04/04/14 | J | A | |
| 211. ICICI Bank Ltd. | | | | | Sold | 04/22/14 | J | A | |
| 212. International Paper | A | Dividend | J | T | Buy (add'l) | 08/27/14 | J | | |
| 213. International Paper | | | | | Buy (add'l) | 08/28/14 | J | | |
| 214. Mitsubishi Estate | | None | | | Buy | 04/28/14 | J | | |
| 215. Mitsubishi Estate | | | | | Buy (add'l) | 05/08/14 | J | | |
| 216. Mitsubishi Estate | | | | | Sold (part) | 08/27/14 | J | A | |
| 217. Mitsubishi Estate | | | | | Sold | 09/12/14 | J | | |
| 218. KDDI Corp | A | Dividend | J | T | Buy (add'l) | 02/05/14 | J | | |
| 219. KDDI Corp | | | | | Buy (add'l) | 02/24/14 | J | | |
| 220. KDDI Corp | | | | | Buy (add'l) | 07/18/14 | J | | |
| 221. KDDI Corp | | | | | Sold (part) | 08/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. KDDI Corp | | | | | Sold (part) | 08/27/14 | J | | |
| 223. Mead Johnson | A | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 224. Mead Johnson | | | | | Buy (add'l) | 02/21/14 | J | | |
| 225. Mead Johnson | | | | | Buy (add'l) | 12/15/14 | J | | |
| 226. Equinix Inc. | | None | K | T | Sold (part) | 07/25/14 | J | A | |
| 227. Equinox Inc. | | | | | Sold (part) | 07/28/14 | J | | |
| 228. Fastenal | A | Dividend | | | Sold (part) | 03/31/14 | J | | |
| 229. Fastenal | | | | | Sold (part) | 11/05/14 | J | | |
| 230. Fastenal | | | | | Sold (part) | 11/06/14 | J | | |
| 231. Fastenal | | | | | Sold | 12/19/14 | J | | |
| 232. MetLife | A | Dividend | J | T | Buy (add'l) | 08/27/14 | J | | |
| 233. MetLife | | | | | Buy (add'l) | 08/28/14 | J | | |
| 234. Occidental Petroleum | A | Dividend | J | T | Sold (part) | 12/19/14 | J | | |
| 235. Starbucks | A | Dividend | K | T | Buy (add'l) | 01/14/14 | J | | |
| 236. Starbucks | | | | | Buy (add'l) | 03/25/14 | J | | |
| 237. Starbucks | | | | | Buy (add'l) | 11/07/14 | J | | |
| 238. Starbucks | | | | | Sold (part) | 12/19/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Motorola Solutions | A | Dividend | J | T | | | | | |
| 240. Nomura Holdings | A | Dividend | | | Sold (part) | 10/21/14 | J | | |
| 241. Nomura Holdings | | | | | Sold | 12/22/14 | J | | |
| 242. Newmont Mining | | None | | | Sold | 01/15/14 | J | | |
| 243. Nordea Bank | A | Dividend | | | Sold (part) | 01/07/14 | J | A | |
| 244. Nordea Bank | | | | | Sold (part) | 01/30/14 | J | A | |
| 245. Nordea Bank | | | | | Sold | 07/02/14 | J | A | |
| 246. Intel | A | Dividend | K | T | Buy (add'l) | 02/14/14 | J | | |
| 247. Intel | | | | | Buy (add'l) | 08/14/14 | J | | |
| 248. Microsoft | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 249. Microsoft | | | | | Buy (add'l) | 02/05/14 | J | | |
| 250. ServiceNow | | None | K | T | Buy | 02/05/14 | J | | |
| 251. ServiceNow | | | | | Buy (add'l) | 02/06/14 | J | | |
| 252. ServiceNow | | | | | Buy (add'l) | 03/10/14 | J | | |
| 253. ServiceNow | | | | | Buy (add'l) | 03/11/14 | J | | |
| 254. ServiceNow | | | | | Buy (add'l) | 03/20/14 | J | | |
| 255. ServiceNow | | | | | Buy (add'l) | 03/24/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ServiceNow | | | | | Buy (add'l) | 03/25/14 | J | | |
| 257. ServiceNow | | | | | Buy (add'l) | 04/03/14 | J | | |
| 258. ServiceNow | | | | | Buy (add'l) | 04/14/14 | J | | |
| 259. ServiceNow | | | | | Buy (add'l) | 04/22/14 | J | | |
| 260. ServiceNow | | | | | Buy (add'l) | 04/23/14 | J | | |
| 261. ServiceNow | | | | | Buy (add'l) | 04/28/14 | J | | |
| 262. ServiceNow | | | | | Buy (add'l) | 05/01/14 | J | | |
| 263. ServiceNow | | | | | Buy (add'l) | 05/07/14 | J | | |
| 264. ServiceNow | | | | | Buy (add'l) | 05/08/14 | J | | |
| 265. ServiceNow | | | | | Buy (add'l) | 11/07/14 | J | | |
| 266. ServiceNow | | | | | Buy (add'l) | 11/20/14 | J | | |
| 267. ServiceNow | | | | | Buy (add'l) | 12/01/14 | J | | |
| 268. European Aeronaut | | None | J | T | Buy | 12/14/14 | J | | |
| 269. Procter & Gamble | A | Dividend | K | T | Buy (add'l) | 08/22/14 | J | | |
| 270. Procter & Gamble | | | | | Buy (add'l) | 11/11/14 | J | | |
| 271. Hitachi | A | Dividend | K | T | Buy (add'l) | 01/28/14 | J | | |
| 272. Hitachi | | | | | Buy (add'l) | 01/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Novartis | A | Dividend | | | Buy (add'l) | 12/04/14 | J | | |
| 274. Novartis | | | | | Sold (part) | 06/18/14 | J | A | |
| 275. Novartis | | | | | Sold (part) | 10/08/14 | J | A | |
| 276. Novartis | | | | | Sold (part) | 10/16/14 | J | A | |
| 277. Norvatis | | | | | Sold (part) | 10/21/14 | J | A | |
| 278. Novartis | | | | | Sold (part) | 11/04/14 | J | A | |
| 279. Novartis | | | | | Sold | 11/20/14 | J | B | |
| 280. Oceaneering Intl. | | None | | | Buy (add'l) | 02/13/14 | J | | |
| 281. Oceaneering Intl. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 282. Oceaneeing Intl. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 283. Oceaneering Intl. | | | | | Sold (part) | 12/16/14 | J | | |
| 284. Oceaneering Intl. | | | | | Sold | 12/19/14 | J | | |
| 285. Priceline | | None | K | T | Sold (part) | 02/24/14 | J | A | |
| 286. Publicis Groupe | A | Dividend | J | T | Buy (add'l) | 01/28/14 | J | | |
| 287. Publicis Groupe | | | | | Buy (add'l) | 03/07/14 | J | | |
| 288. Publicis Groupe | | | | | Sold (part) | 05/16/14 | J | | |
| 289. Publicis Groupe | | | | | Buy (add'l) | 12/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Publicis Groupe | | | | | Sold (part) | 12/22/14 | J | | |
| 291. Sony Corp. | | None | J | T | Buy | 09/15/14 | J | | |
| 292. Sony Corp. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 293. Shire PLC | | None | J | T | Buy | 10/16/14 | J | | |
| 294. Shire PLC | | | | | Buy (add'l) | 11/04/14 | J | | |
| 295. Schwab Charles | A | Dividend | K | T | | | | | |
| 296. Seven & I Holdings | A | Dividend | J | T | Sold (part) | 08/27/14 | J | A | |
| 297. Silver Wheaton Corp. | A | Dividend | | | Sold (part) | 02/21/14 | J | A | |
| 298. Silver Wheaton Corp. | | | | | Sold (part) | 03/24/14 | J | A | |
| 299. Silver Wheaton Corp. | | | | | Sold | 04/11/14 | J | A | |
| 300. Splunk Inc. | | None | J | T | Buy (add'l) | 03/14/14 | J | | |
| 301. Splunk Inc. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 302. Splunk Inc. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 303. Splunk Inc. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 304. Splunk Inc. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 305. Splunk Inc. | | | | | Sold (part) | 11/13/14 | J | A | |
| 306. Splunk Inc. | | | | | Sold (part) | 12/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. SunTrust Banks | A | Dividend | K | T | Buy | 01/14/14 | J | | |
| 308. SunTrust Banks | | | | | Buy (add'l) | 09/15/14 | J | | |
| 309. Tiffany | A | Dividend | K | T | Buy | 06/13/14 | J | | |
| 310. Tiffany | | | | | Sold (part) | 10/23/14 | J | A | |
| 311. Tiffany | | | | | Sold (part) | 11/24/14 | J | A | |
| 312. Chevron | A | Dividend | K | T | | | | | |
| 313. Home Depot | A | Dividend | K | T | Buy (add'l) | 01/14/14 | J | | |
| 314. Home Depot | | | | | Buy (add'l) | 08/14/14 | | | |
| 315. J.P. Morgan Chase | A | Dividend | K | T | Buy (add'l) | 09/15/14 | J | | |
| 316. Joy Global | | | | | Sold | 11/21/13 | J | A | See Part VIII |
| 317. Johnson Controls | A | Dividend | J | T | | | | | |
| 318. Google | | None | K | T | Sold (part) | 04/29/14 | K | D | |
| 319. Comcast | A | Dividend | K | T | Buy (add'l) | 01/14/14 | J | | |
| 320. ENI SPA` | A | Dividend | | | Sold (part) | 02/05/14 | J | | |
| 321. ENI SPA | | | | | Sold (part) | 04/01/14 | J | A | |
| 322. ENI SPA | | | | | Sold (part) | 11/26/14 | J | | |
| 323. ENI SPA | | | | | Sold (part) | 12/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. ENI SPA | | | | | Sold | 12/02/14 | J | | |
| 325. Goldman Sachs | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 326. Intesa Sanpaolo | | None | J | T | Buy | 11/05/14 | J | | |
| 327. Intesa Sanpaolo | | | | | Buy (add'l) | 11/24/14 | J | | |
| 328. Societe Generale France | | None | | | Sold | 01/30/14 | J | A | |
| 329. Toyota | A | Dividend | K | T | Buy (add'l) | 05/28/14 | J | | |
| 330. Toyota | | | | | Buy (add'l) | 06/02/14 | J | | |
| 331. Toyota | | | | | Buy (add'l) | 06/19/14 | J | | |
| 332. Toyota | | | | | Buy (add'l) | 10/08/14 | J | | |
| 333. United Parcel Service | A | Dividend | J | T | | | | | |
| 334. Schlumberger | A | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 335. Schlumberger | | | | | Sold (part) | 10/03/14 | J | B | |
| 336. Schlumberger | | | | | Sold (part) | 11/07/14 | J | A | |
| 337. Schlumberger | | | | | Sold (part) | 11/20/14 | J | A | |
| 338. Schlumberger | | | | | Sold (part) | 12/19/14 | J | | |
| 339. US Bancorp | A | Dividend | J | T | | | | | |
| 340. Verisk Analytics | | None | | | Sold (part) | 07/30/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Verisk Analytics | | | | | Sold (part) | 08/12/14 | J | | |
| 342. Verisk Analytics | | | | | Sold (part) | 08/13/14 | J | | |
| 343. Verisk Analytics | | | | | Sold (part) | 08/14/14 | J | | |
| 344. Verisk Analytics | | | | | Sold (part) | 08/21/14 | J | | |
| 345. Verisk Analytics | | | | | Sold (part) | 09/18/14 | J | | |
| 346. Verisk Analytics | | | | | Sold (part) | 09/18/14 | J | | |
| 347. Verisk Analytics | | | | | Sold (part) | 09/19/14 | J | | |
| 348. VeriskAnalytics | | | | | Sold (part) | 09/22/14 | J | | |
| 349. Verisk Analytics | | | | | Sold (part) | 10/20/14 | J | | |
| 350. Verisk Analytics | | | | | Sold | 10/21/14 | J | | |
| 351. Visa Inc. | A | Dividend | K | T | | | | | |
| 352. Vmware | | None | | | Sold (part) | 11/14/14 | J | A | |
| 353. Vmware | | | | | Sold (part) | 11/17/14 | J | A | |
| 354. Vmware | | | | | Sold (part) | 12/19/14 | J | A | |
| 355. Vmware | | | | | Sold (part) | 12/22/14 | J | A | |
| 356. Vmware | | | | | Sold | 12/23/14 | J | A | |
| 357. Access Midstream Partners LP | A | Distribution | J | T | Buy (add'l) | 03/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Amerigas Partners | A | Distribution | J | T | | | | | |
| 359. El Paso Pipeline Partners | | None | J | T | Sold (part) | 01/21/14 | J | | |
| 360. El Paso Pipeline Partners | | | | | Sold (part) | 01/22/14 | J | | |
| 361. El Paso Pipeline Partners | | | | | Sold (part) | 01/23/14 | J | | |
| 362. El Paso Pipeline Partners | | | | | Sold (part) | 01/28/14 | J | | |
| 363. El Paso Pipeline Partners | | | | | Sold (part) | 01/29/14 | J | | |
| 364. El Paso Pipeline Partners | | | | | Sold (part) | 02/03/14 | J | | |
| 365. El Paso Pipeline Partners | | | | | Sold | 04/24/14 | J | | |
| 366. Enbridge Energy Partners | A | Distribution | J | T | Buy (add'l) | 11/17/14 | | | |
| 367. Energy Transfer Partners | A | Distribution | K | T | Buy (add'l) | 11/07/14 | J | | |
| 368. Energy Transfer Equity | B | Distribution | K | T | Sold (part) | 10/08/14 | J | B | |
| 369. Enlink Midstream Ream Partners | A | Distribution | J | T | Buy | 05/14/14 | J | | |
| 370. Enlink Midstream Ream Partners | | | | | Buy (add'l) | 06/19/14 | J | | |
| 371. Enlink Midstream Ream Partners | | | | | Buy (add'l) | 10/09/14 | J | | |
| 372. Enlink Midstream Ream Partners | | | | | Buy (add'l) | 11/14/14 | J | | |
| 373. Enterprise Products Partners | B | Distribution | L | T | Sold (part) | 03/11/14 | J | A | |
| 374. EQT Midstream Partners | A | Distribution | J | T | Buy (add'l) | 11/13/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. EV Energy Partners | A | Distribution | J | T | | | | | |
| 376. Genesis Energy LP | A | Distribution | K | T | Sold (part) | 05/07/14 | J | A | |
| 377. Genesis Energy LP | | | | | Sold (part) | 05/12/14 | J | A | |
| 378. Genesis Energy LP | | | | | Sold (part) | 05/20/14 | J | A | |
| 379. Genesis Energy LP | | | | | Sold (part) | 06/11/14 | J | A | |
| 380. Genesis Energy LP | | | | | Sold (part) | 06/17/14 | J | A | |
| 381. Genesis Energy LP | | | | | Sold | 06/27/14 | J | A | |
| 382. Linn Energy | A | Distribution | | | Sold | 12/18/14 | J | | |
| 383. Plains All American Pipeline LP | B | Distribution | K | T | Buy (add'l) | 01/22/14 | J | | |
| 384. General Electric | A | Dividend | K | T | Sold (part) | 12/19/14 | J | | |
| 385. Travelers Cos. | A | Dividend | J | T | Buy (add'l) | 03/05/14 | J | | |
| 386. Travelers Cos. | | | | | Sold (part) | 10/02/14 | J | C | |
| 387. AT & T | A | Dividend | J | T | Sold | 02/05/14 | J | A | |
| 388. Kinder Morgan Energy LP | A | Distribution | | | Sold (part) | 05/01/14 | J | | |
| 389. Kinder Morgan Energy LP | | | | | Sold (part) | 05/02/14 | J | | |
| 390. Kinder Morgan Energy LP | | | | | Sold (part) | 11/07/14 | J | A | |
| 391. Kinder Morgan Energy LP | | | | | Sold (part) | 11/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Kinder Morgan Energy LP | | | | | Sold (part) | 11/11/14 | J | A | |
| 393. Kinder Morgan Energy LP | | | | | Sold (part) | 11/12/14 | J | A | |
| 394. Kinder Morgan Energy LP | | | | | Sold (part) | 11/13/14 | J | A | |
| 395. Kinder Morgan Energy LP | | | | | Sold (part) | 11/14/14 | J | A | |
| 396. Kinder Morgan Energy LP | | | | | Sold (part) | 11/17/14 | J | A | |
| 397. Kinder Morgan Energy LP | | | | | Sold | 11/18/14 | J | A | |
| 398. Magellan Mainstream Partners LP | A | Distribution | K | T | Buy (add'l) | 01/23/14 | J | | |
| 399. Magellan Mainstream Partners LP | | | | | Buy (add'l) | 01/28/14 | J | | |
| 400. Magellan Mainstream Partners LP | | | | | Buy (add'l) | 06/24/14 | J | | |
| 401. Magellan Mainstream Partners LP | | | | | Buy (add'l) | 11/11/14 | J | | |
| 402. Markwest Energy Partners LP | B | Distribution | K | T | Buy (add'l) | 10/08/14 | J | | |
| 403. Oneok Partners LP | A | Distribution | J | T | | | | | |
| 404. Regency Energy Partners LP | A | Distribution | J | T | Buy (add'l) | 11/13/14 | J | | |
| 405. Targa Res Partners LP | A | Distribution | J | T | Buy (add'l) | 01/21/14 | J | | |
| 406. Targa Res Partners LP | | | | | Buy (add'l) | 04/14/14 | J | | |
| 407. Targa Res Partners LP | | | | | Buy (add'l) | 11/17/14 | J | | |
| 408. Williams Partners LP | B | Distribution | K | T | Buy (add'l) | 11/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Williams Partners LP | | | | | Buy (add'l) | 12/19/14 | J | | |
| 410. Amazon.com | | None | | | Sold (part) | 10/24/14 | K | A | |
| 411. Amazon.com | | | | | Sold | 12/19/14 | K | A | |
| 412. Northrup Grumman | A | Dividend | J | T | | | | | |
| 413. Pfizer | A | Dividend | K | T | Buy (add'l) | 01/14/14 | J | | |
| 414. Pfizer | | | | | Buy (add'l) | 10/08/14 | J | | |
| 415. Vodafone | C | Dividend | J | T | Sold (part) | 02/27/14 | J | | |
| 416. Vodafone | | | | | Buy (add'l) | 03/17/14 | J | | |
| 417. Vodafone | | | | | Buy (add'l) | 04/09/14 | J | | |
| 418. Vodafone | | | | | Sold (part) | 05/21/14 | J | | |
| 419. Vodafone | | | | | Buy (add'l) | 06/26/14 | J | | |
| 420. Vodafone | | | | | Buy (add'l) | 11/19/14 | J | | |
| 421. Vodafone | | | | | Buy (add'l) | 11/20/14 | | | |
| 422. Vodafone | | | | | Sold (part) | 12/22/14 | J | | |
| 423. Deere | A | Dividend | J | T | Sold | 01/31/14 | J | B | |
| 424. Wells Fargo | A | Dividend | K | T | | | | | |
| 425. Honeywell International | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Kinder Morgan | A | Dividend | J | T | Sold (part) | 05/01/14 | J | | |
| 427. Kinder Morgan | | | | | Sold | 05/02/14 | J | | |
| 428. Mitsubishi UFJ Financial | A | Dividend | J | T | Buy (add'l) | 03/04/14 | J | | |
| 429. Mitsubishi UFJ Financial | | | | | Buy (add'l) | 06/20/14 | J | | |
| 430. Mitsubishi UFJ Financial | | | | | Sold | 12/22/14 | J | | |
| 431. Mondelez Intl | A | Dividend | J | T | | | | | |
| 432. General Mills | A | Dividend | J | T | Sold (part) | 08/22/14 | J | A | |
| 433. Fifth Third Bancorp | A | Dividend | J | T | | | | | |
| 434. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 435. Trishield Special Situations Fund | | None | P1 | U | | | | | |
| 436. Abbott Labs | A | Dividend | J | T | | | | | |
| 437. Abbvie | A | Dividend | J | T | | | | | |
| 438. Ace Ltd. | | None | K | T | Sold (part) | 03/28/14 | J | A | |
| 439. Allianz | | None | | | Sold (part) | 03/11/14 | J | B | |
| 440. Allianz | | | | | Sold | 04/24/14 | J | B | |
| 441. Arcelormittal | | None | | | Buy | 11/19/14 | J | | |
| 442. Arcelormittal | | | | | Sold | 02/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 47

**Name of Person Reporting**

ROSS, ALLYNE R.

**Date of Report**

08/07/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. AXA | A | Dividend | J | T | Sold (part) | 02/05/14 | J | A | |
| 444. AXA | | | | | Sold (part) | 05/16/14 | J | A | |
| 445. AXA | | | | | Sold (part) | 08/01/14 | J | A | |
| 446. AXA | | | | | Buy (add'l) | 08/12/14 | J | | |
| 447. American Express | A | Dividend | J | T | | | | | |
| 448. ASML Holding | | None | J | T | Sold (part) | 01/07/14 | J | A | |
| 449. Australia & New Zealand Banking Group | A | Dividend | J | T | Sold (part) | 01/28/14 | J | A | |
| 450. Australia & New Zealand Banking Group | | | | | Buy (add'l) | 10/22/14 | J | | |
| 451. Australia & New Zealand Banking Group | | | | | Sold (part) | 12/22/14 | J | | |
| 452. Barclays PLC | A | Dividend | J | T | Buy (add'l) | 04/23/14 | J | | |
| 453. Barclays PLC | | | | | Buy (add'l) | 05/09/14 | J | | |
| 454. Barclays PLC | | | | | Buy (add'l) | 10/23/14 | J | | |
| 455. Barclays PLC | | | | | Buy (add'l) | 06/12/14 | J | | |
| 456. BASF | A | Dividend | J | T | Buy (add'l) | 03/07/14 | J | | |
| 457. BASF | | | | | Sold (part) | 06/18/14 | J | A | |
| 458. BASF | | | | | Sold (part) | 07/18/14 | J | A | |
| 459. BASF | | | | | Sold (part) | 07/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. BASF | | | | | Sold (part) | 07/30/14 | J | A | |
| 461. BASF | | | | | Sold | 08/01/14 | J | | |
| 462. Bayer | A | Dividend | K | T | | | | | |
| 463. BG Group | A | Dividend | | | Buy | 01/31/14 | J | | |
| 464. BG Group | | | | | Buy (add'l) | 07/18/14 | J | | |
| 465. BG Group | | | | | Buy (add'l) | 11/28/14 | J | | |
| 466. BG Groop | | | | | Sold | 12/22/14 | J | | |
| 467. BHP Billiton | A | Dividend | J | T | Sold (part) | 01/16/14 | J | | |
| 468. BHP Billiton | | | | | Sold (part) | 08/27/14 | J | | |
| 469. BHP Billiton | | | | | Sold (part) | 12/19/14 | J | | |
| 470. BNP Paribas | | | | | Sold (part) | 11/11/14 | J | | |
| 471. BNP Paribas | | | | | Sold (part) | 12/22/14 | J | | |
| 472. BP | A | Dividend | | | Sold (part) | 09/04/14 | J | | |
| 473. BP | | | | | Sold | 11/26/14 | J | | |
| 474. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 475. British American Tobacco | A | Dividend | | | Buy | 05/19/14 | J | | |
| 476. British American Tobacco | | | | | Buy (add'l) | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 47

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

08/07/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. British American Tobacco | | | | | Sold | 12/22/14 | J | | |
| 478. Centrica | | None | | | Sold | 01/23/14 | J | A | |
| 479. China Construction BK | | None | | | Sold (part) | 02/27/14 | J | | |
| 480. China Construction BK | | | | | Sold | 05/19/14 | J | | |
| 481. Coca Cola | A | Dividend | J | T | Sold (part) | 03/18/14 | J | A | |
| 482. Coca Cola | | | | | Sold (part) | 08/22/14 | J | A | |
| 483. Conoco Phillips | A | Dividend | J | T | | | | | |
| 484. Phillips 66 | A | Dividend | J | T | | | | | |
| 485. Deutsche Telekom | A | Dividend | K | T | Sold (part) | 04/10/14 | J | A | |
| 486. Deutsche Telekon | | | | | Sold (part) | 06/26/14 | J | A | |
| 487. Deutsche Telekon | | | | | Sold (part) | 07/18/14 | J | A | |
| 488. Deutsche Telekon | | | | | Sold | 08/08/14 | J | A | |
| 489. Deutsche Telekon | | | | | Buy | 11/20/14 | J | | |
| 490. Deutsche Telekon | | | | | Buy (add'l) | 12/16/14 | J | | |
| 491. Deutsche Telekon | | | | | Buy (add'l) | 12/17/14 | J | | |
| 492. Diageo PLC | A | Dividend | J | T | Sold (part) | 08/25/14 | J | B | |
| 493. Diageo PLC | | | | | Sold (part) | 08/26/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Dominion Resources | A | Dividend | J | T | Sold (part) | 10/08/14 | J | A | |
| 495. Dupont | A | Dividend | K | T | | | | | |
| 496. Enbridge | A | Dividend | J | T | Sold (part) | 08/27/14 | J | A | |
| 497. Enbridge | | | | | Sold (part) | 09/02/14 | J | A | |
| 498. Enbridge | | | | | Sold (part) | 09/03/14 | J | A | |
| 499. Enbridge | | | | | Sold (part) | 10/09/14 | J | A | |
| 500. Enbridge | | | | | Sold (part) | 10/10/14 | J | A | |
| 501. Enbridge | | | | | Sold | 11/05/14 | J | A | |
| 502. Exxon Mobil | A | Dividend | K | T | | | | | |
| 503. GDF Suez | A | Dividend | J | T | Buy (add'l) | 03/07/14 | J | | |
| 504. GDF Suez | | | | | Buy (add'l) | 03/11/14 | J | | |
| 505. GDF Suez | | | | | Buy (add'l) | 07/18/14 | J | | |
| 506. GDF Suez | | | | | Sold (part) | 12/22/14 | J | | |
| 507. Glaxo SmithKline | | | | | | | | | See Part VIII |
| 508. Honda Motor | A | Dividend | J | T | Sold (part) | 04/04/14 | J | A | |
| 509. Honda Motor | | | | | Sold | 04/28/14 | | | |
| 510. HSBC Holdings | B | Dividend | J | T | Sold (part) | 03/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. HSBC Holdings | | | | | Sold (part) | 07/08/14 | J | B | |
| 512. HSBC Holdings | | | | | Buy (add'l) | 08/01/14 | J | | |
| 513. HSBC Holdings | | | | | Sold (part) | 11/20/14 | J | A | |
| 514. HSBC Holdings | | | | | Sold (part) | 11/24/14 | J | A | |
| 515. HSBC Holdings | | | | | Sold (part) | 12/22/14 | J | | |
| 516. Hutchison Whampoa | A | Dividend | J | T | Sold (part) | 04/04/14 | J | B | |
| 517. Hutchison Whampoa | | | | | Sold (part) | 09/10/14 | J | A | |
| 518. Hutchison Whampoa | | | | | Sold (part) | 10/03/14 | J | A | |
| 519. Illumina Inc. | | None | K | T | Buy | 04/02/14 | J | | |
| 520. Illumina Inc. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 521. Illumina Inc. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 522. Illumina Inc. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 523. Illumina Inc. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 524. Illumina Inc. | | | | | Sold (part) | 05/01/14 | J | | |
| 525. Illumina Inc. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 526. Illumina Inc. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 527. Illumina Inc. | | | | | Buy (add'l) | 08/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 47

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

08/07/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Illumina Inc. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 529. Illumina Inc. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 530. Illumina Inc. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 531. Illumina Inc. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 532. ING | | None | J | T | Buy (add'l) | 04/04/14 | J | | |
| 533. ING | | | | | Sold (part) | 12/22/14 | J | | |
| 534. Intercontinential Hotels | A | Dividend | J | T | Sold (part) | 02/25/14 | J | | |
| 535. Intercontinential Hotels | | | | | Sold (part) | 07/01/14 | J | A | |
| 536. Intercontinential Hotels | | | | | Sold (part) | 07/23/14 | J | A | |
| 537. Pearson PLC | | None | | | Sold (part) | 01/28/14 | J | | |
| 538. Pearson PLC | | | | | Sold (part) | 01/29/14 | J | | |
| 539. Pearson PLC | | | | | Sold | 02/18/14 | J | | |
| 540. IBM | A | Dividend | J | T | Sold (part) | 10/23/14 | J | | |
| 541. IBM | | | | | Sold (part) | 12/19/14 | J | | |
| 542. Teradata | | | | | | | | | See Part VIII |
| 543. LM Ericsson Telefon | | None | | | Sold | 03/24/14 | J | B | |
| 544. Lorillard | A | Dividend | J | T | Sold | 01/02/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 47

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

08/07/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. McDonalds | A | Dividend | J | T | | | | | |
| 546. Mead Westvaco Corp. | A | Dividend | | | Sold (part) | 09/12/14 | J | A | |
| 547. Mead Westvaco Corp. | | | | | Sold (part) | 09/15/14 | J | A | |
| 548. Mead Westvaco Corp. | | | | | Sold (part) | 09/16/14 | J | A | |
| 549. Mead Westvaco Corp. | | | | | Sold (part) | 09/17/14 | J | A | |
| 550. Mead Westvaco Corp. | | | | | Sold (part) | 09/18/14 | J | A | |
| 551. Mead Westvaco Corp. | | | | | Sold (part) | 09/19/14 | J | A | |
| 552. Mead Westvaco Corp. | | | | | Sold | 09/22/14 | J | A | |
| 553. Merck | A | Dividend | K | T | Buy (add'l) | 01/14/14 | J | | |
| 554. Natl-Oilwellvarco | | None | | | Sold (part) | 01/13/14 | J | | |
| 555. Natl-Oilwellvarco | | | | | Sold | 01/14/14 | J | | |
| 556. Nextera Energy | A | Dividend | J | T | Sold (part) | 01/23/14 | J | A | |
| 557. JSC Nickel | | None | | | Buy | 04/04/14 | J | | |
| 558. JSC Nickel | | | | | Sold | 12/22/14 | | | |
| 559. Nippon Tel&Tel | A | Dividend | | | Buy | 08/01/14 | J | | |
| 560. Nippon Tel&Tel | | | | | Sold (part) | 11/07/14 | | | |
| 561. Nippon Tel&Tel | | | | | Sold | 12/05/14 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 47

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

08/07/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. Nestle | | None | | | Buy | 08/08/14 | J | | |
| 563. Nestle | | | | | Buy (add'l) | 08/18/14 | J | | |
| 564. Nestle | | | | | Sold | 12/22/14 | J | | |
| 565. Aviva | A | Dividend | | | Buy | 01/09/14 | J | | |
| 566. Aviva | | | | | Sold | 05/16/14 | J | A | |
| 567. Commerzbank | | None | | | Buy | 01/07/14 | J | | |
| 568. Commerzbank | | | | | Buy (add'l) | 01/15/14 | J | | |
| 569. Commerzbank | | | | | Buy (add'l) | 01/24/14 | J | | |
| 570. Commerzbank | | | | | Sold (part) | 05/08/14 | J | | |
| 571. Commerzbank | | | | | Sold | 07/16/14 | J | | |
| 572. Enel | A | Dividend | | | Buy | 01/23/14 | J | | |
| 573. Enel | | | | | Buy (add'l) | 03/07/14 | J | | |
| 574. Enel | | | | | Buy (add'l) | 03/21/14 | J | | |
| 575. Enel | | | | | Buy (add'l) | 09/30/14 | J | | |
| 576. Enel | | | | | Sold (part) | 11/19/14 | J | | |
| 577. Enel | | | | | Sold (part) | 11/20/14 | J | | |
| 578. Enel | | | | | Sold | 12/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | ROSS, ALLYNE R. | | | | | | | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Porsche | A | Dividend | | | Buy | 04/11/14 | J | | |
| 580. Porsche | | | | | Sold | 12/22/14 | J | | |
| 581. Northeast Utilities | A | Dividend | J | T | | | | | |
| 582. Orix | A | Dividend | J | T | Sold (part) | 01/14/14 | J | A | |
| 583. Orix | | | | | Sold (part) | 02/14/14 | J | A | |
| 584. Orix | | | | | Sold (part) | 02/14/14 | J | A | |
| 585. Philip Morris | A | Dividend | J | T | Sold (part) | 01/02/14 | J | A | |
| 586. Philip Morris | | | | | Sold (part) | 08/22/14 | J | | |
| 587. Philip Morris | | | | | Sold (part) | 12/19/14 | J | | |
| 588. Praxair | A | Dividend | J | T | Sold (part) | 02/21/14 | J | A | |
| 589. Praxair | | | | | Sold (part) | 04/01/14 | J | B | |
| 590. Praxair | | | | | Sold (part) | 04/02/14 | J | A | |
| 591. Praxair | | | | | Sold (part) | 04/03/14 | J | A | |
| 592. Precision Castparts | A | Dividend | K | T | Buy | 06/12/14 | J | | |
| 593. Precision Castparts | | | | | Sold (part) | 12/19/14 | J | C | |
| 594. Prudential Financial | A | Dividend | J | T | Sold (part) | 08/27/14 | J | A | |
| 595. Prudential Financial PLC | A | Dividend | J | T | Sold (part) | 08/12/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Prudential Financial PLC | | | | | Buy | 10/09/14 | J | | |
| 597. Publis Service Enterprise Group | A | Dividend | | | Sold | 01/02/14 | J | | |
| 598. Roche Holding | A | Dividend | J | T | Buy (add'l) | 01/31/14 | J | | |
| 599. Roche Holding | | | | | Buy (add'l) | 02/05/14 | J | | |
| 600. Roche Holding | | | | | Buy (add'l) | 09/22/14 | J | | |
| 601. Roche Holding | | | | | Sold (part) | 12/22/14 | J | | |
| 602. Qualcomm | A | Dividend | K | T | Sold (part) | 01/14/14 | J | A | |
| 603. Qualcomm | | | | | Sold (part) | 01/28/14 | J | A | |
| 604. Qualcomm | | | | | Buy (add'l) | 02/14/14 | J | | |
| 605. Qualcomm | | | | | Sold (part) | 03/27/14 | J | A | |
| 606. Qualcomm | | | | | Buy (add'l) | 10/23/14 | J | | |
| 607. Qualcomm | | | | | Sold (part) | 12/19/14 | J | | |
| 608. Repsol | B | Dividend | J | T | Buy (add'l) | 05/21/14 | J | | |
| 609. Repsol | | | | | Buy (add'l) | 12/04/14 | J | | |
| 610. Repsol | | | | | Sold (part) | 12/22/14 | J | | |
| 611. Rio Tinto | A | Dividend | J | T | Buy (add'l) | 01/24/14 | J | | |
| 612. Rio Tinto | | | | | Buy (add'l) | 01/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Rio Tinto | | | | | Sold (part) | 04/22/14 | J | | |
| 614. Rio Tinto | | | | | Sold (part) | 05/02/14 | J | A | |
| 615. Rio Tinto | | | | | Sold (part) | 11/18/14 | J | | |
| 616. Rio Tinto | | | | | Sold (part) | 12/22/14 | J | | |
| 617. Royal Dutch Shell | B | Dividend | J | T | Buy (add'l) | 05/02/14 | J | | |
| 618. Royal Dutch Shell | | | | | Buy (add'l) | 06/16/14 | J | | |
| 619. Royal Dutch Shell | | | | | Buy (add'l) | 07/28/14 | J | | |
| 620. Royal Dutch Shell | | | | | Buy (add'l) | 08/08/14 | J | | |
| 621. Royal Dutch Shell | | | | | Sold (part) | 12/22/14 | J | | |
| 622. Royal KPN | A | Dividend | | | Buy | 01/29/14 | J | | |
| 623. Royal KPN | | | | | Buy (add'l) | 01/30/14 | J | | |
| 624. Royal KPN | | | | | Sold (part) | 11/10/14 | J | | |
| 625. Royal KPN | | | | | Sold | 12/22/14 | | | |
| 626. Salesforce.com | | None | K | T | Buy (add'l) | 05/07/14 | J | | |
| 627. Salesforce.com | | | | | Buy (add'l) | 12/08/14 | J | | |
| 628. Salesforce.com | | | | | Buy (add'l) | 12/09/14 | J | | |
| 629. Sanofi | | None | | | Buy | 08/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | ROSS, ALLYNE R. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Sanofi | | | | | Buy (add'l) | 08/07/14 | J | | |
| 631. Sanofi | | | | | Buy (add'l) | 08/27/14 | J | | |
| 632. Sanofi | | | | | Buy (add'l) | 09/30/14 | J | | |
| 633. Sanofi | | | | | Sold (part) | 11/24/14 | J | | |
| 634. Sanofi | | | | | Sold (part) | 12/04/14 | J | | |
| 635. Sanofi | | | | | Sold | 12/22/14 | J | | |
| 636. Schneider Electric | A | Dividend | J | T | Buy (add'l) | 02/25/14 | J | | |
| 637. Schneider Electric | | | | | Sold (part) | 12/22/14 | J | | |
| 638. Sempra Energy | A | Dividend | J | T | | | | | |
| 639. Sumitomo Mitsui Financial | A | Dividend | J | T | Sold (part) | 05/21/14 | J | A | |
| 640. Sumitomo Mitsui Financial | | | | | Buy (add'l) | 11/03/14 | J | | |
| 641. Sumitomo Mitsui Financial | | | | | Sold (part) | 12/22/14 | J | | |
| 642. Toronto Dominion Bank | A | Dividend | J | T | | | | | |
| 643. Total S./A. France | A | Dividend | J | T | Buy (add'l) | 11/26/14 | J | | |
| 644. Total S.A. France | | | | | Buy (add'l) | 11/28/14 | J | | |
| 645. Total S.A. France | | | | | Buy (add'l) | 12/02/14 | J | | |
| 646. Total S.A. France | | | | | Sold (part) | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Total S.A. France | | | | | Sold (part) | 12/22/14 | J | | |
| 648. Tullow Oil | A | Dividend | | | Sold | 09/08/14 | J | | |
| 649. Unilever | A | Dividend | J | T | Sold (part) | 01/14/14 | J | A | |
| 650. Unilever | | | | | Sold (part) | 11/14/14 | J | A | |
| 651. United technologies | A | Dividend | J | T | Sold (part) | 10/08/14 | J | B | |
| 652. Verizon Communciations | A | Dividend | J | T | Buy (add'l) | 02/24/14 | J | | |
| 653. Verizon Communciations | | | | | Sold (part) | 03/06/14 | J | A | |
| 654. Verizon Communciations | | | | | Sold (part) | 03/07/14 | J | A | |
| 655. Verizon Communciations | | | | | Sold (part) | 12/19/14 | J | | |
| 656. VF Corp. | A | Dividend | J | T | Sold (part) | 08/18/14 | J | B | |
| 657. VF Corp. | | | | | Sold (part) | 08/19/14 | J | B | |
| 658. Walmart | A | Dividend | J | T | Sold (part) | 10/08/14 | J | A | |
| 659. California Resources Corp. | | None | J | T | | | | | See Part VIII |
| 660. LinkedIn Corp. | | None | K | T | Buy (add'l) | 01/15/14 | J | | |
| 661. LinkedIn Corp. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 662. LinkedIn Corp. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 663. LinkedIn Corp. | | | | | Buy (add'l) | 04/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

ROSS, ALLYNE R.

08/07/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. LinkedIn Corp. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 665. Whole Foods Market | A | Dividend | | | Buy (add'l) | 02/14/14 | J | | |
| 666. Whole Foods Market | | | | | Sold | 05/07/14 | J | | |
| 667. Weyerhauser Co. | A | Dividend | J | T | Sold (part) | 09/15/14 | J | A | |
| 668. Zurich Ins. Group | | None | J | T | Buy | 05/16/14 | J | | |
| 669. Zurich Ins. Group | | | | | Buy (add'l) | 05/21/14 | J | | |
| 670. Zurich Ins. Group | | | | | Buy (add'l) | 05/28/14 | J | | |
| 671. 3M Co. | A | Dividend | J | T | | | | | |
| 672. ishares S & P Mid Cap 400 Index Fund | C | Dividend | N | T | Buy (add'l) | 10/10/14 | J | | |
| 673. ishares S & P Small Cap 600 Index Fund | B | Dividend | M | T | Buy (add'l) | 10/10/14 | | | |
| 674. JP Morgan International Value SMA Fund | C | Dividend | M | U | Sold (part) | 01/29/14 | J | A | |
| 675. JP Morgan International Value SMA Fund | | | | | Sold (part) | 03/04/15 | J | A | |
| 676. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 03/07/14 | J | | |
| 677. JP Morgan International Value SMA Fund | | | | | Sold (part) | 04/02/14 | J | A | |
| 678. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 04/07/14 | J | | |
| 679. JP Morgan International Value SMA Fund | | | | | Sold (part) | 04/08/14 | J | A | |
| 680. JP Morgan International Value SMA Fund | | | | | Sold (part) | 06/19/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. JP Morgan International Value SMA Fund | | | | | Sold (part) | 08/12/14 | J | A | |
| 682. JP Morgan International Value SMA Fund | | | | | Sold (part) | 10/09/14 | J | | |
| 683. JP Morgan International Value SMA Fund | | | | | Sold (part) | 11/05/14 | J | A | |
| 684. Oppenheimer Developing Markets Fund | B | Dividend | M | U | Sold (part) | 04/24/14 | J | A | |
| 685. Oppenheimer Developing Markets Fund | | | | | Sold (part) | 10/27/14 | J | A | |
| 686. New York Thruway Bond mat 1/16 | B | Interest | L | T | | | | | |
| 687. New York Thruway Bond mat. 1/22 | C | Interest | L | T | | | | | |
| 688. Hempstead NY Bond | B | Interest | L | T | | | | | |
| 689. NY State Dormitory Authority Bond mat. 7/13 | B | Interest | | | Matured | 07/01/13 | L | | |
| 690. NY State Dormitory Authority Bond mat. | C | Interest | L | T | | | | | |
| 691. NY State Dormitory Bond mat. 2/20 | C | Interest | L | T | | | | | |
| 692. Nassau County Bond | B | Interest | L | T | Buy | 06/25/14 | | | |
| 693. NY State Environmental Bond | B | Interest | L | T | Buy | 05/15/14 | | | |
| 694. Bay Shore NY Union Free School District | B | Interest | L | T | Buy | 01/28/14 | | | |
| 695. Erie County NY Bond | B | Interest | L | T | Buy | 10/23/14 | | | |
| 696. Roslyn NY Union Free School District Bond | B | Interest | | | Matured | 08/07/14 | L | | |
| 697. Arlington NY Cent School Bond matures 5/15/15 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Onondaga County NY Bond | B | Interest | L | T | Sold | 12/20/14 | L | A | |
| 699. Buffalo NY Bond matures 9/1/15 | C | Interest | L | T | | | | | |
| 700. NYC Muni WTR in Authority Bond | C | Interest | L | T | | | | | |
| 701. Massachusetts Bond | C | Interest | L | T | | | | | |
| 702. Metropolitan Transit Authority Bond | C | Interest | L | T | | | | | |
| 703. NY Municipal Water Authority Bond | C | Interest | L | T | | | | | |
| 704. Dormitory Auth of NY Bond mat. 7.21 | B | Interest | K | T | | | | | |
| 705. Garden City NY Bond mat. 3/14 | A | Interest | | | Matured | 03/14/14 | | | |
| 706. Wallkill NY Gent Sch matures 6/15/15 | B | Interest | L | T | | | | | |
| 707. Triborough Bridge & Tunnel Authority Bonds (2) | C | Interest | L | T | | | | | |
| 708. 34th Street Partnership Bond | C | Interest | L | T | | | | | |
| 709. Tampa Florida Bond | C | Interest | L | T | | | | | |
| 710. Millbrook Golf & Tennis | C | Interest | L | T | | | | | |
| 711. NYC Transit Finance Authority Future | C | Interest | L | T | | | | | |
| 712. Indiana Bond | C | Interest | L | T | | | | | |
| 713. Chubb | A | Dividend | J | T | | | | | |
| 714. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, p. 5, l. 22 (Fiduciary/Claymore) -- purchase omitted from year's report due to inadvertence.

Part VII, p. 6 , l. 37 (Hospitality PPTYS) -- sale omitted from last year's report due to inadvertence..

Part VII, p. 22, l. 316 (Joy Global) --This asset was mistakenly reported as part sold on 11/21/13 in last years report. In fact it was sold in its entirety on 11./21/13.

Part VII, p. 33, l. 507 (GlaxoSmithKline) -- This asset was mistakenly reported last year as part sold. In fact all of it was sold on the date, value code, and gain code indicated on last year's report.

Part VII, p. 35, l. 542 (Teradata) --This asset was mistakenly reported last year as part sold. In fact all of it was sold on the date, value code, and gain code indicated on last year's report.

Part VII, p. 42, l. 659 (California Resouces Corp.) -- This asset was received in a spin off from Occidental Petroleum on 12/1.

Part VII, p. 40, l. 625 (Royal KPN) -- Mistakenly reported as part sold on last year's reort. In fact was sold.

Part VII, p. 9, l. 86 (Teva) -- Inadvertently omitted from last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALLYNE R. ROSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544